# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TIMOTHY STAUB** | ) | CASE NO. 24-CV-01868 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| vs. | ) | |
| | ) | |
| **LOCUS MANAGEMENT, LLC,** *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE OF COUNSEL FOR
## DEFENDANT LOCUS HOLDINGS, LLC AND REQUEST FOR SERVICE

Please take notice that David R. Mayo and Elliot M. Smith of the law firm Benesch, Friedlander, Coplan & Aronoff LLP hereby appear as counsel for Defendant Locus Holdings, LLC in the above referenced matter and request that copies of all filings, notices, and other papers served or given in this action be sent to undersigned counsel at the address set forth below.

Dated: March 3, 2025

                                                                              Respectfully Submitted:

                                                                              */s/ David R. Mayo*
                                                                              David R. Mayo (0014345)
                                                                              Elliot M. Smith (0078506)
                                                                              Benesch, Friedlander, Coplan & Aronoff LLP
                                                                              127 Public Square, Suite 4900
                                                                              Cleveland, OH   44114-2378
                                                                              (216) 363-4500 Telephone
                                                                              (216) 363-4588 Facsimile
                                                                              E-Mail:  dmayo@beneschlaw.com
                                                                                                                esmith@beneschlaw.com

                                                                              *Counsel for Defendant Locus Holdings, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ David R. Mayo*
David R. Mayo